# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129453(84)

CITY OF MT. PLEASANT,
      Petitioner-Appellant,

v

STATE TAX COMMISSION,
      Respondent-Appellee.

_____

SC:    129453
CoA:  253744
MTT: 00-191496, 196247, 238596,
240992, 240993, 240994, and 240995

On order of the Chief Justise, the motion by the Michigan Municipal League Legal Defense Fund for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2006

_____
Clerk